[No. 38656-5-I.    Division One.    July 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
GUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-08132-7, Janice Niemi, J., entered May
21, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 38705-7-I.    Division One.    July 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO
MARCOS, *Defendant*, JUAN C. DEPAZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00985-3, Joan E. DuBuque, J., entered
May 24, 1996. *Affirmed* by unpublished per curiam
opinion.


[No. 38706-5-I.    Division One.    July 7, 1997.]

GATEWAY FACTORY OUTLET CENTER LIMITED
PARTNERSHIP, ET AL., *Respondents*, v. PUBLISHERS
WAREHOUSE OF BLAINE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 95-2-01164-7, Steven J. Mura, J., entered
April 29, 1996. *Affirmed* by unpublished per curiam
opinion.


[No. 38903-3-I.    Division One.    July 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
FRANK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-08564-1, William L. Downing, J., entered
July 1, 1996. *Affirmed* by unpublished per curiam opinion.